IN RE: Lesa Gail Bridges JACKSON,
Arkansas Bar ID # 87007

68 S.W.3d 294

Supreme Court of Arkansas
Delivered March 7, 2002

PER CURIAM. On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the surrender of the law license of Lesa Gail Bridges Jackson, Arkansas Bar No. 87007, of Pulaski County, Arkansas, to practice law in the State of Arkansas. Her name shall be removed from the registry of licensed attorneys and she is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.